# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COLE DONKEWICZ, Plaintiff, | : : : : | CIVIL ACTION NO. 20-1776 |
| v. | : : | |
| ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY, Defendant. | : : : : | |

# ORDER

AND NOW, this 1st day of June, 2021, upon consideration of the Plaintiff's Request for Review (ECF No. 18), Defendant's Uncontested Motion to Remand (ECF No. 19), and the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated May 28, 2021, IT IS ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Defendant's Motion is GRANTED as unopposed; and

3. to the extent the Plaintiff seeks remand, the request for review is GRANTED and the case is REMANDED to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings. On remand, the Commissioner, through the Appeals Council, will refer Plaintiff's case to an Administrative Law Judge to further evaluate Plaintiff's claims, offer Plaintiff the opportunity for a new hearing, and issue a new decision

BY THE COURT:

/s/ Berle M. Schiller
BERLE M. SCHILLER,
United States District Judge